44

FILED
CLERK, U.S. DISTRICT COURT

JAN 2 0 2014

CENTRAL DISTRICT OF CALIFORNIA
BY           DEPUTY

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) SACR11-00164 JLS |
| Plaintiff, | ) ORDER OF DETENTION AFTER |
| v. | ) HEARING (Fed.R.Crim.P. 32.1(a)(6) |
| | ) Allegations of Violations of Probation/ |
| BRYAN WOODALL | ) Supervised Release Conditions) |
| Defendant. | ) |

On arrest warrant issued by a United States District Court involving alleged violations of conditions of probation or Supervised Release,

The court finds no condition or combination of conditions that will reasonably assure:

    (A)   [X]   the appearance of defendant as required; and/or

    (B)   [X]   the safety of any person or the community.

//

//

The court concludes:

A.   (X)   Defendant poses a risk to the safety of other persons or the community because defendant has not demonstrated by clear and convincing evidence that:

_he will refrain from substance abuse or comply w/conditions association w/felon_

(B)   (✓)   Defendant is a flight risk because defendant has not shown by clear and convincing evidence that:

_he will comply with conditions. & many failures to report_

IT IS ORDERED that defendant be detained.

DATED: 1/20/14

*/s/ Suzanne H. Segal*

SUZANNE H. SEGAL
UNITED STATES MAGISTRATE JUDGE